IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN M. COCKSON, | ) | |
| | ) | 4:07CV3190 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| SANDRA S. BENES, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. On December 7, 2007, this court conducted an initial review of the Plaintiff's Complaint. (Filing No. 9.) At that time, the court stated that it did not appear from the allegations of Plaintiff's Complaint that the court had subject matter jurisdiction over the Plaintiff's claim. Plaintiff was therefore given until January 7, 2008 to file an amended complaint, alleging sufficient facts to establish the court's subject matter jurisdiction. Plaintiff was warned that in the absence of such filing, this case would be dismissed without further notice. (*Id.*) The January 7, 2008 deadline has now passed and Plaintiff has not filed an amended complaint. Therefore, this action and the Plaintiff's Complaint are dismissed.

    IT IS THEREFORE ORDERED that:

    1.    This action and Plaintiff's Complaint are dismissed without prejudice.

    2.    A separate judgment will be entered in accordance with this memorandum and order.

January 16, 2008.                    BY THE COURT:

                                                    *s/Richard G. Kopf*
                                                    United States District Judge